People v Thompson-Webb (2025 NY Slip Op 05126)

People v Thompson-Webb

2025 NY Slip Op 05126

Decided on September 25, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 25, 2025

CR-22-2304
[*1]The People of the State of New York, Respondent,
v
Tykaine Thompson-Webb, Appellant.

Calendar Date:August 29, 2025

Before:Clark, J.P., Aarons, Lynch, Ceresia and Powers, JJ.

Todd G. Monahan, Schenectady, for appellant.
Andrew J. Wylie, District Attorney, Plattsburgh (Vivian Joo of counsel), for respondent.

Appeal from a judgment of the County Court of Clinton County (Keith Bruno, J.), rendered October 14, 2022, convicting defendant upon his plea of guilty of the crime of aggravated harassment of an employee by an incarcerated individual.
Defendant pleaded guilty to the crime of aggravated harassment of an employee by an incarcerated individual with the understanding that he would be sentenced, as a second felony offender, to a prison term of 2 to 4 years, which would run consecutively to the sentence he was currently serving. The plea agreement also required defendant to waive the right to appeal. County Court thereafter imposed the agreed-upon sentence, and defendant appeals.
We affirm. Defendant's sole contention on appeal — that the imposed sentence is unduly harsh and severe — is precluded by his unchallenged appeal waiver (see People v Willetts, 234 AD3d 1020, 1021 [3d Dept 2025], lv denied 43 NY3d 966 [2025]; People v Nolan, 224 AD3d 996, 998 [3d Dept 2024], lv denied 42 NY3d 929 [2024]; People v Deans, 202 AD3d 1161, 1162 [3d Dept 2022]).
Clark, J.P., Aarons, Lynch, Ceresia and Powers, JJ., concur.
ORDERED that the judgment is affirmed.